IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1,<br><br>        PLAINTIFF,<br><br>  VS.<br><br>LEIGAFOALI`I TAFUE WILLIAMS, FKA LEIGAFOALI`I TAFUE KOEHNEN; PAPU CHRISTOPHER WILLIAMS; REAL TIME RESOLUTIONS, INC; CAROLYN RUTH KOEHNEN, AS TRUSTEE OF THE CAROLYN R. KOEHNEN REVOCABLE LIVING TRUST U/A, DATED APRIL 14, 1986; AND JOHN DOES 1-5,<br><br>        DEFENDANTS. | CIVIL NO. 11-00632 JMS RLP<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO SEAL EXHIBITS 1, 2, AND 3 TO THE COMPLAINT FILED ON OCTOBER 20, 2011 |

ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO SEAL EXHIBITS 1, 2, AND 3 TO THE COMPLAINT FILED ON OCTOBER 20, 2011

      The Court having reviewed Deutsche Bank National Trust Company, as Trustee Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Ex Parte Motion To Seal Exhibits 1, 2, and 3 to the Complaint Filed on October 20, 2011, and good cause appearing therefore,

      IT IS HEREBY ORDERED that Exhibits 1, 2, and 3 to the Complaint filed on October 20, 2011, shall be placed under seal. The Clerk's Office is directed to file the redacted versions of

Exhibits 1, 2, and 3 attached to Plaintiff's Motion as exhibits to the Complaint.

IT IS SO ORDERED.

DATED: HONOLULU, HAWAII, NOVEMBER 16, 2011



_____
Richard L. Puglisi
United States Magistrate Judge

**DEUTSCHE BANK NATIONAL TRUST COMPANY v. WILLIAMS, ET AL.; Case No. 11-00632 JMS-RLP; ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO SEAL EXHIBITS 1, 2, AND 3 TO THE COMPLAINT FILED ON OCTOBER 20, 2011**