JAMES J. BICKERTON (3085)
Bickerton Lee Dang & Sullivan
Topa Financial Center
745 Fort Street, Suite 801
Honolulu, Hawaii 96813
Telephone: (808) 599-3811
Facsimile: (808) 533-2467
Email: bickerton@bsds.com

STANLEY H. ROEHRIG (664)
Law Office of Stanley H. Roehrig
101 Aupuni Street, Suite 124
Hilo, Hawaii 96720
Telephone: (808) 969-1441
Email: shroehrig@hawaii.rr.com

Attorneys for Defendants
Leigafoali`i Tafue Williams
And Papu Christopher Williams

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1,<br><br>Plaintiff,<br><br>vs.<br><br>LEIGAFOALI`I TAFUE WILLIAMS, fka LEIGAFOALI`I TAFUE KOEHNEN; PAPU CHRISTOPHER | CIVIL NO. 11-00632 JMS RLP<br><br>DEFENDANTS WILLIAMS' **MOTION TO DISMISS COMPLAINT** FILED 10/20/11; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF GRETCHEN H. KLUNGNESS; EXHIBITS A – F and EXHIBIT U; CERTIFICATE OF SERVICE |

```
WILLIAMS; REAL TIME            )
RESOLUTIONS, INC.; CAROLYN     )
RUTH KOEHNEN, AS TRUSTEE OF    )
THE CAROLYN R. KOEHNEN         )
REVOCABLE LIVING TRUST U/A,    )
DATED APRIL 14, 1986; and JOHN )
DOES 1-5,                      )
                               )
          Defendants.          )
                               )
```

## DEFENDANTS WILLIAMS' MOTION TO DISMISS COMPLAINT FILED 10/20/11

Come now Defendants Leigafoali'i Tafue Williams and Papu Christopher Williams, by and through their attorneys, James J. Bickerton and Stanley H. Roehrig, and moves this Court for an order pursuant to Rule 12b (1) FRCP dismissing the case herein for the reasons that:

    1.    There is in fact no complete diversity;

    2.    Plaintiff in fact has no standing to foreclose; and

    3.    A case involving the same issues, without final judgment, is now pending in state court after remand from this Court in Civil No. 09-00535 SOM KSC.

This motion is based on the above-referenced rule, the memorandum in support of the motion, and the exhibits and declarations attached thereto.

DATED: Honolulu, Hawaii, December 19, 2011.

/s/ *JAMES J. BICKERTON*
_____
JAMES J. BICKERTON
Attorney for Defendants Leigafoali'i Tafue Williams and Papu Christopher Williams