JAMES J. BICKERTON (3085)
Bickerton Lee Dang & Sullivan
Topa Financial Center
745 Fort Street, Suite 801
Honolulu, Hawaii 96813
Telephone: (808) 599-3811
Facsimile: (808) 533-2467
Email: bickerton@bsds.com

STANLEY H. ROEHRIG (664)
Law Office of Stanley H. Roehrig
101 Aupuni Street, Suite 124
Hilo, Hawaii 96720
Telephone: (808) 969-1441
Email: shroehrig@hawaii.rr.com

Attorneys for Defendants
Leigafoalii Tafue Williams
and Papu Christopher Williams


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1, ) ) ) ) ) ) | CIVIL NO. 11-00632 JMS RLP<br><br>DECLARATION OF GRETCHEN H. KLUNGNESS; EXHIBITS A – G and EXHIBIT U |
| Plaintiff,    ⸺ ) ) ) | |
| vs. ) ) | |
| LEIGAFOALI'I TAFUE WILLIAMS, ) fka LEIGAFOALI'I TAFUE ) KOEHNEN; PAPU CHRISTOPHER ) | |

WILLIAMS; REAL TIME                          )
RESOLUTIONS, INC.; CAROLYN         )
RUTH KOEHNEN, AS TRUSTEE OF )
THE CAROLYN R. KOEHNEN             )
REVOCABLE LIVING TRUST U/A,  )
DATED APRIL 14, 1986;  and JOHN  )
DOES 1-5,                                              )
                                                             )
                              Defendants.              )
_____ )

## DECLARATION OF GRETCHEN H. KLUNGNESS

1.     Except as otherwise explicitly provided, the following statements are true to the best of my personal knowledge and belief.

2.     My name is Gretchen H. Klungness, and I am a legal assistant to Stanley H. Roehrig, an attorney licensed to practice law within the State of Hawaii, who is one of the attorneys representing the Defendants Leigafoali`i Tafue Williams, fka Leigafoali`i Tafue Koehnen, and Papu Christopher Williams in the above-entitled action.

3.     Attached hereto as Exhibit A is a true and correct copy of the case of *Deutsche Bank National Trust Company as Trustee under the Pooling and Service Agreement Series Index 2006-AR6 v. Maraj*, 856 N.Y.S.2d 497, WL 253926 (2008).

4. Attached hereto as Exhibit B is a true and correct copy of the case of

*Scarola v. Deutsche Bank National Trust Company as Trustee for the Holders of*

*Gsaa Home Equity Trust 2004-10 Asset-Backed Certificates Series 2004-10,* 2011

WL 5335618 (M.D.Fla.) (8/15/2011).

5.      Attached hereto as Exhibit C is a true and correct copy of the case of

*Kunzman v. Deutsche Bank National Trust Company, as trustee for Argent*

*Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-W4,* 2011

WL 4055286 (D. Colo.) (9/12/11).

6.      Attached hereto  as Exhibit D is a true and correct copy of the case of

*In re New Century TRS Holdings, Inc. v. New Century Liquidating Trust,* 407 B.R.

576 (2009) at 585.

7.      Attached hereto as Exhibit E is a true and correct copy of the case of

*New Century Mortgage Corporation v. Braxton,* 2010 WL 59277 (Mass.Land.Ct.)

(2010).

8.      Attached hereto as Exhibit F is a true and correct copy of the

Declaration of Monika L. McCarthy in Support of Chapter 11 Petitions and First

Day Relief in the New Century TRS Holdings, Inc., jointly-administered

bankruptcy case filed in the United States Bankruptcy Court for the District of

Delaware, dated April 2, 2007, and obtained from Public Access to Court

Electronic Records (PACER).

9.      Attached hereto as Exhibit G is a true and correct copy of the

Plaintiff's Motion to Clarify Prior Order or, in the alternative, to Certify Final

Judgment and to Stay Proceedings Pending Appeal; Memorandum in Support of

Motions; Declaration of Gretchen H. Klungness; Notice of Hearing; Certificate of

Service), filed in the Circuit Court of the First Circuit, State of Hawaii, in Civil

No. 09-1-1906 BIA.  Exhibit G is attached without its exhibits, except for Exhibit

U, which is also attached hereto as Exhibit U.  This document was obtained from

the Securities and Exchange (SEC) website on May 3, 2011.

Further Declarant saith naught.

DATED:  Hilo, Hawai`i, December 15, 2011.


_____
Gretchen H. Klungness

4