*No copies, No original*

CAROLYN RUTH KOEHNEN,
AS TRUSTEE OF THE CAROLYN
R. KOEHNEN REVOCABLE TRUST
U/A DATED APRIL 14, 1986
111 Kapaa St.
Hilo, Hawaii 96720
Telephone: (808) 935-4334
E-Mail: fjk96720@yahoo.com

Pro Se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 6 2012

at __1__ o'clock and _00_ min. _P_M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NCS<br><br>Plaintiff,<br><br>vs.<br><br>LEIGAFOALI'I TAFUE WILLIAMS, fka LEIGAFOALI'I TAFUE KOEHNEN; PAPU CHRISTOPHER WILLIAMS; REAL TIME RESOLUTIONS, INC; CAROLYN RUTH KOEHNEN, AS TRUSTEE OF THE CAROLYN R. KOEHNEN REVOCABLE LIVING TRUST U/A, DATED APRIL 14, 1986; and JOHN DOES 1-5,<br><br>Defendants | CIVIL NO. CV 11 00632 JMS RLP<br><br>**ANSWER TO COMPLAINT AND SUMMONS** |

ANSWER

Defendant CAROLYN RUTH KOEHNEN, AS TRUSTEE OF THE CAROLYN

R. KOEHNEN REVOCABLE LIVING TRUST U/A DATED APRIL 14, 1986, for

herself, does hereby answer subject Complaint as follows:

I hereby disclaim and default any interest in my Claim as holder of that certain Third Mortgage dated August 25, 2006, and recorded in the Bureau of Conveyances of the State of Hawaii as Document No. 2006-159848 on August 31, 2006. Said disclaimer and default is made in favor of LEIGAFOALI'I TAFUE WILLIAMS, Defendant, and I hereby release her forever from any claim I may have under the Mortgage.

DATED: Hilo, Hawaii January 25, 2012.

*Carolyn Ruth Koehnen*
CAROLYN RUTH KOEHNEN, Trustee of the
Carolyn R. Koehnen Revocable Living Trust
U/A dated April 14, 1986