AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE MORGAN STANLEY ABS CAPITAL I INC., TRUST 2007-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1<br><br>          Plaintiff(s),<br><br>     V.<br><br>LEIGAFOALII TAFUE WILLIAMS, ET AL.,<br><br>          Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 11-00632 JMS RLP<br><br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>March 29, 2012<br><br>At 1 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is CLOSED pursuant to the, "ORDER GRANTING DEFENDANT WILLAMSES" MOTION TO DISMISS COMPLAINT FILED 10/20/11, DOC. NO. 13", by the Honorable J. MICHAEL SEABRIGHT, U.S. District Judge, and filed on, March 29, 2012.

| | |
|---|---|
| March 29, 2012 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by GS |
| | (By) Deputy Clerk |